UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

_____
                              :
EDWIN RIVERA,                 :
                              :     No. 21-cv-20002 (NLH)(AMD)
            Plaintiff,        :
                              :
        v.                    :     MEMORANDUM OPINION
                              :
                              :
CUMBERLAND COUNTY FREEHOLDERS,:
et al.,                       :
                              :
            Defendants.       :
_____:

IT APPEARING THAT:

1.  Plaintiff Edwin Rivera filed a complaint under 42 U.S.C. § 1983.  ECF No. 1.

2.  The Court permitted the complaint to proceed on September 23, 2022, ECF No. 6.

3.  On October 24, 2022, mail sent to Plaintiff at his address of record was returned as undeliverable.  ECF No. 8. The envelope was marked return to sender as Plaintiff was "not here."  Id.

4.  Plaintiff has not communicated with the Court regarding his new address, in violation of Local Civil Rule 10.1.  See L. Civ. R. 10.1(a) ("Counsel and/or unrepresented parties must advise the Court of any change in their or their client's address within seven days of being apprised of such

1

change by filing a notice of said change with the Clerk.").

    5.  The Clerk of the Court will be ordered to administratively terminate this case.  Plaintiff may reopen this matter by submitting his updated address.

    6.  An appropriate order follows.


Dated: <u>October 31, 2022</u>              <u> s/ Noel L. Hillman </u>
At Camden, New Jersey          NOEL L. HILLMAN, U.S.D.J.